# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

TIME WARNER CABLE INC., a
Delaware Corporation, d/b/a Time
Warner Cable; and KBL
CABLESYSTEMS OF MINNEAPOLIS
L.P., a Limited Partnership, d/b/a Time
Warner Cable,

          Plaintiffs,

v.

CITY OF MINNEAPOLIS, a Minnesota
municipal corporation,

          Defendant.

Civil File No. 06-484 MJD/AJB

**ORDER FOR JUDGMENT**

Based on the parties' Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED:

1. Plaintiffs' causes of action against defendant City of Minneapolis in the above-captioned action are dismissed with prejudice and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

          BY THE COURT:

Dated: July 26, 2006          s / Michael J. Davis